D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
EDWARD HUGLER, : 16-CV-1446 (ARR) (JO)
:
Plaintiff, :
:
-against- : ORDER
:
LILY POND NURSING HOME SAVINGS PLAN, :
:
Defendant. :
:
------------------------------------------------------------X

ROSS, United States District Judge:

The Court has received the Report and Recommendation on the instant case dated February 1, 2017 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the Court has reviewed the Report and Recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

SO ORDERED.

/s/ ARR
Allyne R. Ross
United States District Judge

Dated: February 27, 2017
Brooklyn, New York

1